IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:06-CR-00022-RLV-CH-11

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| PAUL V. V. WITHERSPOON, | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on Defendant Paul Vernon Vannoy Witherspoon's Motion to Withdraw Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(2) and counsel's Motion to Withdraw as Counsel of Record, filed July 16, 2012. (Doc. 1015.)

In September 2011, Defendant Witherspoon moved *pro se* for the assistance of counsel in determining his eligibility for a reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2). (Docs. 926, 929.) Following the U.S. Probation Office's completion of its Supplement to the Presentence Report Pursuant to Crack Cocaine Guideline Amendment 750 (Doc. 981), the Government consented to a reduction of Defendant Witherspoon's sentence to the applicable statutory minimum term of imprisonment (Doc. 990). The Court thereafter amended Defendant's sentence to a term of 120 months for each count, to be served concurrently. (Doc. 991.)

On July 15, 2012, counsel for Defendant filed a Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(2). (Doc. 1011.) The following day, counsel moved to withdraw this Motion after realizing that the Court had already granted a reduction pursuant to Amendment 750. (Doc. 1015.) Counsel further moved to withdraw as counsel of record.

**IT IS, THEREFORE, ORDERED** that Defendant's and counsel's Motions to

Withdraw (Doc. 1015) be **GRANTED**. The Clerk is directed to terminate Defendant's successive Motion to Reduce Sentence (Doc. 1011) and to terminate Ms. Ross Richardson as counsel for Defendant Witherspoon in this case.

Signed: August 13, 2012

Richard L. Voorhees
United States District Judge